## DeMarino v. Baltimore and Ohio Railroad Company, Appellant.

Argued March 24, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

reargument refused May 25, 1944.

316

*Vincent M. Casey,* of *Margiotti, Pugliese & Casey,*
for appellant.

318

*J. Thomas Hoffman,* with him *David S. Palkovitz,* for appellee.

PER CURIAM, April 11, 1944:

The judgment of the court below in the above-entitled case is affirmed on the opinion of Judge McNAUGHER; costs to be paid by appellant.